**Lloyd Charles POWELL,
Plaintiff-Appellant,**

v.

**W. T. STONE, Warden,
Defendant-Appellee.**

No. 72–1543.

United States Court of Appeals,
Ninth Circuit.

Aug. 24, 1976.

Robert W. Peterson (argued), Santa Clara, Cal., for plaintiff-appellant.

Thomas A. Brady, Deputy Atty. Gen. (argued), San Francisco, Cal., for defendant-appellee.

ORDER

Before MERRILL and BROWNING, Circuit Judges, and TAYLOR,* District Judge.

Upon the authority of *Stone v. Powell,* —— U.S. ——, 96 S.Ct. 3037, 49 L.Ed.2d —— (July 6, 1976), reversing *Powell v. Stone,* 507 F.2d 93 (9th Cir. 1974), the judgment of the district court in the above-entitled case is affirmed.

* Honorable Fred M. Taylor, United States District Judge, District of Idaho, sitting by designation.